# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| WAYNE CHEW, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   **JUDGMENT**<br>)<br>)   No. 5:09-CV-351-FL<br>) |
| PROGRESSIVE UNIVERSAL<br>INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's motion for summary judgment and plaintiff's motion for partial summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 25, 2010, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted and plaintiff's partial motion for summary judgment is denied. Judgment is hereby entered in favor of defendant and the plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 27, 2010, and Copies To:**

Brenton D. Adams (via CM/ECF Notice of Electronic Filing)
Glenn C. Raynor (via CM/ECF Notice of Electronic Filing)


October 27, 2010                 DENNIS P. IAVARONE, CLERK
                                           /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk